**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**BRADLEY RANDAZZO,**

*Plaintiff*,

v. **Case No.: 4:26cv359-MW/MJF**

**RICHARD COMERFORD, et al.,**

*Defendants*.

__________________________/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections, ECF No. 8. The Magistrate Judge recommends dismissal for Plaintiff's failure to comply with the Local Rules and honestly disclose his litigation history. Plaintiff contends the case he omitted from disclosure was due to a lapse in memory and without intent to deceive. However, Plaintiff is no stranger to litigating in federal court, including this District, and it is his responsibility to keep track of his litigation history and provide complete responses on this Court's form.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 7, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment

stating, "Plaintiff's case is **DISMISSED without prejudice** based on this Court's inherent authority to manage its docket and enforce the Local Rules, based on Plaintiff's failure to comply with the requirement to truthfully disclose his litigation history on the complaint form." The Clerk shall close the file.

**SO ORDERED on August 25, 2026.**

**s/Mark E. Walker**
**United States District Judge**